In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-257 CR


____________________



HOMER D. LEE, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 85047






 MEMORANDUM OPINION


 Homer D. Lee, Jr. appeals from the trial court's judgment ordering him to pay
$10,560.34 that the trial court assessed as fees when it revoked his deferred-adjudication
community supervision and sentenced him to twenty-five years' confinement. Lee v. State,
No. 09-07-257 CR, 2007 WL 3101905, at *1 (Tex. App.-Beaumont October 24, 2007, no
pet.) (not designated for publication). 

 On October 24, 2007, we issued an opinion sustaining one of Lee's issues to the
extent it complained that the trial court abused its discretion by entering a judgment for fees
without a sufficient factual basis in the record. Id. at *2. We did not consider Lee's other
issues because doing so would have given him no additional relief. Id. We then abated the
appeal, set aside the fees in the amount of $10,560.34, and remanded the case to the trial
court for a hearing to determine the proper fees to assess in the judgment. Id.

 On November 16, 2007, Lee, his attorney, and the State's attorney entered into a
written stipulation that the amount of restitution Lee owed was $6,150.34 and that the
amount of court costs he owed was $549.25 for a total of $6,699.59. The trial court approved
the stipulations in writing and also announced its approval on the record. After the
supplemental record was filed, we reinstated this appeal.

 Accordingly, we modify the trial court's judgment dated March 26, 2007, by deleting
the sum of $10,560.34 owed as "Administrative Financial Obligations" and by adding as
"Restitution" the sum of $6,150.34. See Tex. R. App. P. 43.2(b). As modified, we affirm the
judgment. 

 AFFIRMED.

 ____________________________

 HOLLIS HORTON

 Justice


Submitted on January 31, 2008

Opinion Delivered June 25, 2008

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.